1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

6                                          * * *

7    | LN Mgmt v. Gelgotas                              | 2:15-cv-00112-MMD-CWH |
     | Bank of New York Mellon v. Saticoy Bay           | 2:16-cv-00246-MMD-CWH |
8    | Bank of America v. Southern Highlands            | 2:16-cv- 00404-MMD-NJK |
     | Bank of America v. Spanish Bay HOA               | 2:16-cv-00691-MMD-VCF |
9    | Bank of America v. Aliante Master Assoc.         | 2:16-cv-00962-MMD-CWH |
     | Wells Fargo v. SFT Investments Pool              | 2:16-cv-01069-MMD-VCF |
10   | Nationstar v. Summit Hills HOA                   | 2:16-cv-01637-MMD-GWF |
     | US Bank v. SFR Investments Pool                  | 2:16-cv-01719-MMD-CWH |
11   | Moberly v. Bank of America                       | 3:15-cv-00122-MMD-WGC |
     | Bank of America v. Rainbow Bend HOA              | 3:15-cv-00291-MMD-WGC |
12   | Green Tree Servicing v. Rainbow Bend HOA         | 3:15-cv-00297-MMD-WGC |
     | Countrywide v. Willow Hills Commons HOA          | 3:15-cv-00333-MMD-VPC |
13   | Bank of America v. Huffaker Hills                | 3:15-cv-00502-MMD-WGC |
     | Deutsche Bank v. Williamsburg Townehomes HOA     | 3:16-cv-00004-MMD-WGC |
14   | Bank of America v. Esplanade at Damonte Ranch HOA | 3:16-cv-00120-MMD-WGC |
     | Bank of America v. Highland Ranch HOA            | 3:16-cv-00154-MMD-VPC |
15   | Bank of America v. Yorkshire Manor I HOA         | 3:16-cv-00192-MMD-VPC |
     | Ditech Financial v. TBR I                        | 3:16-cv-00227-MMD-WGC |
16   | US Bank v. Casoleil HOA                          | 3:16-cv-00307-MMD-WGC |
     | Ditech Financial v. Dorado HOA                   | 3:16-cv-00351-MMD-VPC |

17

18                                       ORDER
                     Staying Case Pending Issuance of Mandate in
19                     *Bourne Valley Court Trust v. Wells Fargo Bank*

20          The above referenced cases arise out of a homeowner's association ("HOA")

21   foreclosure and involve a constitutional due process challenge to Nevada Revised

22   Statute Chapter 116's notice provisions. On August 12, 2016, the Ninth Circuit Court of

23   Appeals, in a 2-1 panel decision, found that Chapter 116's notice provisions as applied

24   to nonjudicial foreclosure of an HOA lien before the 2015 amendment to be facially

25   unconstitutional.  *Bourne Valley Court Trust v. Wells Fargo Bank, NA,* No. 15-15233,

26   2016 WL 4254983(9th Cir. Aug. 12, 2016). The *Bourne Valley* decision obviously has

27   profound impact on each case. Accordingly, the Court finds that it is appropriate to *sua*

28   *sponte* impose a temporary stay until the mandate is issued in *Bourne Valley*.

A district court has discretionary power to stay proceedings in its own court. *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). "When considering a motion to stay, the district court should consider three factors: (1) potential prejudice to the non-moving party; (2) hardship and inequity to the moving party if the action is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact consolidated." *Pate v. Depuy Orthopaedics, Inc.*, No. 2:12-cv-01168-MMD-CWH, 2012 WL 3532780, at *2 (D. Nev. Aug. 14, 2012) (quoting *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997)) (internal quotation marks omitted). *See also Dependable Highway Exp., Inc. v. Navigators Ins. Co.,* 498 F.3d 1059, 1067 (9th Cir. 2007).

These three factors weigh in favor of a brief temporary stay. A temporary stay would promote judicial economy, particularly given *Bourne Valley's* ruling's effect on the due process issue raised in each case. Any potential hardship or prejudice would be minimal in light of the brief duration of the stay until a mandate is issued in *Bourne Valley.* In fact, a stay would benefit the parties as they assess *Bourne Valley*'s import without having to file any unnecessary supplemental briefing.

It is therefore ordered that the above referenced actions are temporarily stayed. Upon the Ninth Circuit's issuance of the mandate in *Bourne Valley*, the parties in each case may move to lift the stay.  Until that time, all proceedings, except for service of process, are stayed.

DATED THIS 23rd day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE